IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE OF CALIFORNIA**, <br><br> Plaintiff, <br><br> v. <br><br> **TEVA PHARMACEUTICAL INDUSTRIES, LTD.**, *et al*. <br><br> Defendants. | CIVIL ACTION <br><br><br> Case No. 19-3281 |

**ORDER GRANTING PLAINTIFF STATE OF CALIFORNIA'S MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF THE CONSUMER FUND AND PERMITTING ADDITIONAL LATE CLAIMS**

On June 10, 2020, the Court granted final approval of Plaintiff State of California's ("California") Consumer Settlement with Defendants, approving, *inter alia*, the proposed Distribution Plan to disburse the Consumer Fund first through direct cash payments of claims from Eligible Consumers that have been vetted for legitimacy by the Claims Administrator, and thereafter through *cy pres* distribution of any portion that remains unclaimed to be administered by the *Cy Pres* Administrator.  (ECF Nos. 32 and 33.)  On September 20, 2022, California filed the instant Motion for Order Authorizing Distribution of the Consumer Fund and Permitting Additional Late Claims ("Motion") (ECF No. 37), accompanied by the Declaration of Eric J. Miller ("Miller Declaration") with exhibits.

Having considered the unopposed Motion, the Miller Declaration, and the pleadings and other papers on file in this action, there being no objections to this Motion, and finding good cause appearing, the Court hereby **GRANTS** the Motion as follows:

1.        The administrative determinations and recommendations of Claims Administrator A.B. Data, Ltd. ("AB Data"), concerning the 11,012 Claim Forms received in this action through June 17, 2022 are hereby **APPROVED**.

2.        The disbursement plan recommended by AB Data in Paragraph 20 of the Miller Declaration is **APPROVED**. The Court authorizes AB Data to distribute from the Consumer Fund a total direct cash payment of $8,145,552.69 to the 6,169 claimants whose Claim Forms have been approved by AB Data and who are listed in the Eligible Consumer Claims Summary attached as Exhibit F to the Miller Declaration, including the 234 Claim Forms received after the January 15, 2020 deadline prescribed by the Preliminary Approval Order.

3.        The Court further authorizes AB Data to accept and process additional Claim Forms against the Consumer Fund so long as such claims are submitted by potential Eligible Consumers who have not yet submitted a Claim Form in this action and they are received by AB Data within **ninety (90) days** from the date of entry of this Order (hereinafter, "Late Claims"). All validated Late Claims shall be presented to the Court for approval within a reasonable time upon AB Data's completion of the vetting processes provided by the Final Approval Order.

4.        At the conclusion of AB Data's administration of the Late Claims, any funds remaining in the Consumer Fund shall be processed by the *Cy Pres* Administrator for *cy pres* distribution in accordance with Section II of the approved Distribution Plan attached as Exhibit 4 to the Settlement Agreement (ECF No. 2-3 at pp. 104-107).

**IT SO ORDERED.**

Date:   *October 11, 2022*

                                                          */s/ Mitchell S. Goldberg*
                                                        Honorable Mitchell S. Goldberg
                                                        United States District Judge